(Rev 10/05)

## LIST OF EXHIBITS

Case No. 3:06-MJ-00011-JDR    Magistrate Judge/~~Judge~~: John D. Roberts

Title U.S.A.

vs. Robert F. Kane

Dates of Hearing/~~Trial~~: February 7, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Steve Skrocki | Michael R. Spaan |
| | |
| | |

-----------EXHIBITS-----------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 13 | x | 2/7/06 | Packet | A | x | | Letter |
| 14 | x | 2/7/06 | Photograph | B | x | | Affidavit |
| 3 | x | 2/7/06 | Photograph | C | x | | Affidavit |
| 4 | x | 2/7/06 | Card | D | x | | Affidavit |
| 7 | x | 2/7/06 | Medals, Photo | | | | |
| 5 | x | 2/7/06 | Photo Medals/badge card/Permit | | | | |
| 9 | x | 2/7/06 | photo-badges | | | | |
| 10 | x | 2/7/06 | photo: Phillipine/Greek passport | | | | |
| 8 | x | 2/7/06 | photo packet | | | | |
| 12 | x | 2/7/06 | photo packet | | | | |
| 11 | x | 2/7/06 | photo packet | | | | |

Continuation
List of Exhibits

Page: 2

Case No: 3:06-MJ-00011-JDR   Judge: John D. Roberts

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 6 | X | 2/7/06 | Photo Packet | | | | |
| 1 | X | 2/8/06 | Paperwork | | | | |
| 2 | X | 2/8/06 | Business Cards | | | | |
| 15 | X | 2/8/06 | Correspondence | | | | |
| 16 | X | 2/8/06 | Letter D. Hopper | | | | |
| 17 | X | 2/8/06 | Letter M. Avery | | | | |
| 20 | X | | Silencer | | | | |
| 21 | X | | Copy Check #30,000 | | | | |