

AO 442 (Rev. 10/03) Warrant for Arrest
Case 3:06-mj-00011-JDR-RRB   Document 12   Filed 02/14/2006   Page 1 of 1

# UNITED STATES DISTRICT COURT

District of **ALASKA**

**RECEIVED**
FEB 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES OF AMERICA

V.

ROBERT F. KANE a/k/a "Commander Kane"

**WARRANT FOR ARREST**

Case   3:06-MJ-011-JDR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT F. KANE a/k/a "Commander Kane"
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

knowingly receiving and possessing and knowingly attempting to receive and possess a firearm, to wit a 16x57 millimeter rocket pod/launcher, that is not registered to him in the National Firearms Registration and Transfer Record,

in violation of Title   26   United States Code, Section(s)   5861(d) and 5871

BAIL FIXED AT $ _Detention Hearing_

**REDACTED SIGNATURE**

JOHN D. ROBERTS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature

February 1, 2006   Anchorage, Alaska
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

EAGLE RIVER, AK

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01 FEB 2006 | S/A MATT CAMPE FBI | [signature] |
| DATE OF ARREST 02 FEB 2006 | | |