Michael R. Spaan, Esq.
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Robert F. Kane*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>ROBERT F. KANE,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:06-mj-00011-JDR |

### MOTION TO PERMIT NON-RESIDENT COUNSEL
### TO APPEAR AND PARTICIPATE PRO HAC VICE

Pursuant to Local Rule 83.1(d), James L. Kee moves that he be permitted to appear and participate as attorney for Defendant Robert F. Kane in this action. Applicant is a member in good standing of the Bar of the Oklahoma Bar Association and is not a member of the Alaska Bar Association, and is not otherwise disqualified from practicing law in the State of Alaska.

Applicant will associate with Michael R. Spaan of Patton Boggs LLP, counsel for Robert F. Kane, and a member of the bar of this court who maintains an office for

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

47374v1

the practice of law at 601 W. 5th Ave., Suite 700, Anchorage, Alaska 99501, telephone number 907-263-6300 as local counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

Attached hereto is an original certificate of good standing demonstrating James L. Kee is an active member in good standing with the Oklahoma Bar Association and the Declaration of James L. Kee pursuant to Local Rule 83.1(d).

KEE, ARCHER & HERBERGER, P.A.

Dated: February 15, 2006          By: _____
                                      James L. Kee
                                      Oklahoma Bar No. 4902

### CONSENT

I hereby consent to the foregoing motion and the granting thereof.

PATTON BOGGS LLP

Dated: February 15, 2006          By: s/ Michael R. Spaan
                                      Michael R. Spaan

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

MOTION TO PERMIT NON-RESIDENT COUNSEL TO APPEAR AND PARTICIPATE PRO HAC VICE
USA v. Robert Kane, No. 3:06-mj-00011-JDR
Page 2 of 3
47374v1

DATED at Anchorage, Alaska this 15th day of February, 2006.

s/ Michael R. Spaan
Michael R. Spaan
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6305
Fax:  (907) 263-6345
Email:  mspaan@pattonboggs.com
Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15TH day of February, 2006, I caused a copy of the foregoing document to be served electronically on the following:

Steven E. Skrocki
Office of the U.S. Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567
steven.skrocki@usdoj.gov

By:   s/ Nina E. Bingham
        Legal Secretary/Assistant
        PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

MOTION TO PERMIT NON-RESIDENT COUNSEL TO APPEAR AND PARTICIPATE PRO HAC VICE
*USA v. Robert Kane*, No. 3:06-mj-00011-JDR
Page 3 of 3
47374v1