## DECLARATION OF JAMES L. KEE

I, JAMES L. KEE, say and declare as follows:

1. James L. Kee is the only name by which I am known.
2. My office address is 1102 Maple, P.O. Box 1646, Duncan, Oklahoma 73533.
3. My residence address is 2513 Linwood Lane, Duncan, Oklahoma 73533.
4. I have been admitted at the year designated to the following jurisdictions and courts:

    | | |
    |---|---|
    | 1966 | Oklahoma |
    | 1978 | U.S. District Court<br>Western District of Oklahoma |
    | 1981 | U.S. Court of Appeals, 10th Circuit |

5. I have never been denied admission to the court of any state or to any federal court.
6. I have never been subject to disciplinary action by the bar of any court I am admitted to practice, and furthermore I am not the subject of any pending disciplinary action in jurisdiction or before any court.
7. I have read and familiarized myself with the local rules of the United States District Court for the District of Alaska.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 15, 2006            BY: _/s/ James L. Kee_
                                         James L. Kee

DECLARATION OF JAMES L. KEE
*USA v Robert Kane*, No. 3:06-mj-00011-JDR
47387v1