

# OKLAHOMA BAR ASSOCIATION
1901 North Lincoln Boulevard • P.O. Box 53036 • Oklahoma City, OK 73152 • (405) / 416-7007
Website: www.okbar.org                                              FAX (405) / 416-7003

**DAN MURDOCK**
General Counsel

**MIKE SPEEGLE**
Asst. General Counsel

**LORAINE D. FARABOW**
Asst. General Counsel

**NATHAN A. LOCKHART**
Asst. General Counsel

**JANIS HUBBARD**
Asst. General Counsel

**TONY R. BLASIER**
Chief Investigator

**ROBERT D. HANKS**
Investigator

**RAY PAGE**
Investigator

**JIM YANDELL**
Investigator

C E R T I F I C A T E

STATE OF OKLAHOMA    )
                     )
COUNTY OF OKLAHOMA )

Dan Murdock, being duly sworn, deposes and says:

That he is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That JAMES L. KEE, OBA #4902, was admitted to the practice of law by the Supreme Court of Oklahoma on July 26, 1966, and is an active member in good standing of the Oklahoma Bar Association.

_Dan Murdock_, General Counsel



Subscribed and sworn to before me this 14th day of February, 2006.

_Misty Mitchell_
NOTARY PUBLIC

My Commission Expires:

_July 18, 2009_

_01012010_
Commission Number