James L. Kee
KEE, ARCHER & HERBERGER, P.A.
1102 Maple
P.O. Box 1646
Duncan, Oklahoma 73533
Telephone: (580) 252-2120
Facsimile: (580) 252-8647

*Attorneys for Robert F. Kane*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>  vs.<br><br>ROBERT F. KANE,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:06-mj-00011-JDR |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that JAMES L. KEE hereby enters his appearance as counsel of record for Defendant Robert F. Kane in this matter, and requests that all pleadings, notices, or other papers be served on the undersigned, to the address stated herein:

    James L. Kee
    KEE, ARCHER & HERBERGER, P.A.
    1102 Maple
    P.O. Box 1646
    Duncan, Oklahoma 73533
    kanda@texhoma.net

**KEE, ARCHER
& HERBERGER,
P.A.**
1102 Maple
P.O. Box 1646
Duncan, OK 73533
Phone: (580) 252-2120
Fax: (580) 252-8647

47394v1

DATED this 15th day of February, 2006.

KEE, ARCHER & HERBERGER, P.A.

By: /s/ James L. Kee
James L. Kee
Oklahoma Bar No. 4902

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2006, I caused a copy of the foregoing document to be served electronically on the following:

**Michael R. Spaan**
Patton Boggs LLP
601 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
mspaan@pattonboggs.com

**Steven E. Skrocki**
Office of the U.S. Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567
steven.skrocki@usdoj.gov

By:   /s Nina E. Bingham
       Legal Secretary

**KEE, ARCHER & HERBERGER, P.A.**
1102 Maple
P.O. Box 1646
Duncan, OK 73533
Phone: (580) 252-2120
Fax: (580) 252-8647

NOTICE OF APPEARANCE
*USA v. Robert Kane*, No. 3:06-MJ-011-JDR
Page 2 of 2
47394v1