# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. ROBERT F. KANE

Case No. **3:06-mj-00011-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

### MINUTE ORDER FROM CHAMBERS

**RE:  Motion to Permit Non-Resident Counsel
to Appear and Participate Pro Hac Vice**, Docket No. 13

Defendant's motion to permit James L. Kee, Esq., to appear and participate as attorney for defendant Kane is GRANTED on condition that Mr. Kee qualifies to participate in this court's Electronic Case Filing System and that he pay the required fee of $150.00 to the Clerk of this Court.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

February 16, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-mj-00011-JDR KANE MO@13 Re Non Resident Attorney.wpd