Michael R. Spaan, Esq.
mspaan@pattonboggs.com
Matthew S. Block, Esq.
mblock@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

James L. Kee, Esq.
kanda@texhoma.net
KEE, ARCHER & HERBERGER, P.A.
P.O. Box 1646
Duncan, OK 73533
Telephone: 580-252-2120
Facsimile: 580-252-8647

*Attorneys for Robert F. Kane*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT F. KANE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:06-mj-011-JDR |

### MOTION TO PRODUCE SEARCH WARRANT AFFIDAVITS

Comes now the Defendant, Robert Frazier Kane, by and through his undersigned counsel, and moves the Court to unseal any affidavits and supporting material for the warrants in cases numbered 3:06-mj-009-JDR, 3:06-mj-010-JDR, 3:06-mj-018-JDR, 3:06-mj-019-JDR, 3:06-mj-021-JDR, and 3:06-MJ-011-JDR, as well as for any other warrants used to acquire evidence for use in this case.  This Motion is supported by the attached Memorandum.

47403v1

DATED this 16th day of February, 2006.

    PATTON BOGGS LLP
    Attorneys for Defendant Robert F. Kane


By:   s/Michael R. Spaan
      Michael R. Spaan
      Alaska Bar No. 7305026
      Matthew S. Block
      Alaska Bar No. 0511094


KEE, ARCHER & HERBERGER, P.A.


By:   s/James L. Kee
      James L. Kee
      Oklahoma Bar No. 4902


**CERTIFICATE OF SERVICE**

I hereby certify that on the 16 day of February, 2006, a copy of the foregoing document to be served electronically on the following:

**Steven E. Skrocki**
Office of the U.S. Attorney
steven.skrocki@usdoj.gov


By:   s/Nina E. Bingham
      Legal Secretary/Assistant
      PATTON BOGGS LLP