Michael R. Spaan, Esq.
mspaan@pattonboggs.com
Matthew S. Block, Esq.
mblock@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

James L. Kee, Esq.
kanda@texhoma.net
KEE, ARCHER & HERBERGER, P.A.
P.O. Box 1646
Duncan, OK 73533
Telephone: 580-252-2120
Facsimile: 580-252-8647

*Attorneys for Robert F. Kane*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ROBERT F. KANE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:06-mj-011-JDR |

### [PROPOSED] ORDER GRANTING DEFENDANT'S
### MOTION TO PRODUCE SEARCH WARRANT AFFIDAVITS

The Court, having heard the Defendant's motion and any opposition thereto, HEREBY ORDERS that the Motion to Produce Search Warrant Affidavits is GRANTED.  The government shall immediately provide to the defendant a copy of all search warrants, search warrant returns, affidavits in support, and any other supplementary material provided to the Court in support of any search warrant used to collect evidence against the Defendant.  These materials will include,

47422v1

at least, the warrants, returns, affidavits, addenda, an supplementary attachments and schedules for warrants identified as 3:06-mj-009-JDR, 3:06-mj-010-JDR, 3:06-mj-018-JDR, 3:06-mj-019-JDR, 3:06-mj-021-JDR, and 3:06-MJ-011-JDR.

    IT IS SO ORDERED.

    DATED this _____ day of February, 2006.

                                                      Honorable John D. Roberts
                                                      U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16 day of February, 2006, a copy of the foregoing document to be served electronically on the following:

**Steven E. Skrocki**
Office of the U.S. Attorney
steven.skrocki@usdoj.gov


By:    s/Nina E. Bingham
          Legal Secretary/Assistant
          PATTON BOGGS LLP