Michael R. Spaan, Esq.
mspaan@pattonboggs.com
Matthew S. Block, Esq.
mblock@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

James L. Kee, Esq.
kanda@texhoma.net
KEE, ARCHER & HERBERGER, P.A.
P.O. Box 1646
Duncan, OK 73533
Telephone: 580-252-2120
Facsimile: 580-252-8647

*Attorneys for Robert F. Kane*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ROBERT F. KANE, | ) ) |
| Defendant. | ) ) No. 3:06-mj-011-JDR |

### MOTION TO EXPEDITE CONSIDERATION OF
### MOTION TO PRODUCE SEARCH WARRANT AFFIDAVITS

Comes now the Defendant, Robert Frazier Kane, by and through his undersigned counsel, and moves the Court pursuant to Local Rule 7.2(c) to consider his Motion to Produce Search Warrant Affidavits on shortened time.  This Motion is supported by the attached Affidavit of Counsel.

47423v1

DATED this 16th day of February, 2006.

        PATTON BOGGS LLP
        Attorneys for Defendant Robert F. Kane


By:   s/Michael R. Spaan
      Michael R. Spaan
      Alaska Bar No. 7305026
      Matthew S. Block
      Alaska Bar No. 0511094


KEE, ARCHER & HERBERGER, P.A.


By:   s/James L. Kee
      James L. Kee
      Oklahoma Bar No. 4902


**CERTIFICATE OF SERVICE**

I hereby certify that on the 16 day of February, 2006, a copy of the foregoing document to be served electronically on the following:

**Steven E. Skrocki**
Office of the U.S. Attorney
steven.skrocki@usdoj.gov


By:   s/Nina E. Bingham
      Legal Secretary/Assistant
      PATTON BOGGS LLP