Michael R. Spaan, Esq.
mspaan@pattonboggs.com
Matthew S. Block, Esq.
mblock@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

James L. Kee, Esq.
kanda@texhoma.net
KEE, ARCHER & HERBERGER, P.A.
P.O. Box 1646
Duncan, OK 73533
Telephone: 580-252-2120
Facsimile: 580-252-8647

*Attorneys for Robert F. Kane*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT F. KANE, ) | |
| ) | |
| Defendant. ) | No. 3:06-mj-011-JDR |

### [PROPOSED] ORDER GRANTING DEFENDANT'S
### MOTION TO EXPEDITE CONSIDERATION OF
### <u>MOTION TO PRODUCE SEARCH WARRANT AFFIDAVITS</u>

The Court, having heard the Defendant's motion and any opposition thereto, HEREBY

ORDERS that the Motion to Expedite Consideration of Motion to Produce Search Warrant

Affidavits is GRANTED. The government shall submit any opposition to the Motion to Produce

Search Warrant Affidavits on or before ___ February, 2006.

47435v1

IT IS SO ORDERED.

DATED this _____ day of February, 2006.

                                                              Honorable John D. Roberts
                                                              U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16 day of February, 2006, a copy of the foregoing document to be served electronically on the following:

**Steven E. Skrocki**
Office of the U.S. Attorney
steven.skrocki@usdoj.gov


By:    s/Nina E. Bingham
           Legal Secretary/Assistant
           PATTON BOGGS LLP