## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. ROBERT F. KANE

Case No. **3:06-mj-00011-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

### MINUTE ORDER FROM CHAMBERS

### RE: Motion to Expedite Consideration of Motion to Produce Search Warrant Affidavits, Docket No. 18

Defendant's motion for expedited consideration on Motion to Produce Search Warrant Affidavits, Docket No. 18, is GRANTED. The government shall have until the close of business Wednesday, February 22, 2006 within which to file any opposition to the defendant's Motion to Produce Search Warrant Affidavits filed at Docket No. 16.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

February 16, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-mj-00011-JDR KANE MO@18 Expedited Consideration Granted.wpd