**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

__ UNITED STATES OF AMERICA __   v.   __ ROBERT F. KANE __

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                              CASE NO.  __3:06-MJ-00011-JDR__

 Dan Maus 

PROCEEDINGS: **CLERK'S NOTICE**                                                              DATE:
___

      Defendant filed a Notice of Appeal, Clerk's Docket No. 20, to a judge of the U.S. District Court from the U.S. Magistrate Judge's Detention Order dated February 8, 2006.  This matter is assigned to Judge Ralph R. Beistline for the appeal.

[306mj11JDR-USDJ1 from.wpd]{Rev.12/03}