```
              UNITED STATES
              DISTRICT COURT
              District of Alaska
              Anchorage Division

           #  00127650 - SF
           February 17, 2006

   Code    Case #      Qty       Amount

   6855XX-N 06-11MJ              150.00 CK


           TOTAL →              150.00


   FROM: PATTON BOGGS LLP
         FOR JAMES L KEE FOR NON-RES
         ATTY FEE
         A06-11MJ
```