UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>ROBERT KANE A/K/A COMMANDER KANE,<br><br>                 Defendant. | Case No. 3:06-MJ-011-JDR |

### AFFIDAVIT OF JIM MENDENHALL

STATE OF ALASKA         )
                                  ) §§
THIRD JUDICIAL DISTRICT  )

Jim Mendenhall, being first duly sworn, states under oath:

1. I am the director of business development of Security Aviation, Inc. I am aware of the criminal complaint that has been filed against Robert F. Kane.

2. I am aware that Security Aviation, Inc. purchased rocket pods for its L-39 aircraft. I first learned of these rocket pods for the aircraft on eBay when I was looking for L-39 accessories. I was not directed to do so by anyone else. Attached as Exhibit A is the ad that I found on the Internet advertising the pods for sale on eBay. This was the ad that Security Aviation responded to in purchasing the pods. As far as I know, the description of the pods, including the fact that they were "de-Mil'd," meaning demilitarized and rendered unoperational, is an accurate description of the pods received by Security Aviation.

DATED this 7TH day of February, 2006.

By: _____
Jim Mendenhall

SUBSCRIBED and sworn to before me this 7 day of February 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 1/20/08

[Notary Seal: CATHY L. MOCK, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires Jan 20, 2008]

AFFIDAVIT OF JIM MENDENHALL
Page 2 of 2

*UNITED STATES OF AMERICA vs. ROBERT F. KANE.*
Case No. 3:06-MJ-011-JDR

EXHIBIT # __A__
Page # __2__ of __3__

DEFENDANT'S
EXHIBIT NO. _____
Page 2 of 3

## Description

EXTREMELY RARE & AUTHENTIC --THESE ARE THE REAL McCOY - right from the Soviet Union off of an airbase in Talon Estonia. The are in EXCELLENT new condition, De-Mil'd, and totally airworthy and ready to hang on your L-39 or L-59 Pylons in accordanc with all published L-39 Maintenance & Armament manuals. Still with all Russian marking and graphics, smell slightly of solid rocket fuel. Sold in pairs ONLY, but price per each is listed to keep lisitng costs down. Shipping will be extra based on destination or pick-up in Phila. Pylons and hardware also availabale at extra cost - call for quote. I made the red dummy rockets which are shown in the photo from solid aluminum stock, and poly coated painted, with a clear coat over that. They are locked in placed with a totally reliable locking system that ensures their placement in 1 450 k dive and 8 g pull up - totally airworthy at 500K . The cost of the 32 dummy rockets and installation tooling are extra, and pricing will be quoted upon request. Whether you are an L-39 owner, just want to stand a pair up in the corners of your office , want to make a coffe table out of them, or hang them from the ceiling in your hanger or VFW hall - these are a rare find and will not last long.

EXHIBIT # __A__
Page # __3__ of __3__

EXHIBIT __A__
Page __1__ of __1__

DEFENDANT'S
EXHIBIT NO. _____
Page 3 of 3