Michael R. Spaan, Esq.
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Robert F. Kane*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT F. KANE, ) | |
| a/k/a Commander Kane, ) | |
| ) | |
| Defendant. ) | No. 3:06-MJ-011-JDR |

### AFFIDAVIT OF EVAN J. (JOE) GRIFFITH

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

EVAN J. (JOE) GRIFFITH, being duly sworn, states as follows:

1. I spent twenty-four years in the United States Air Force before retiring in June of 1984.

2. I served as the Commander of the 21st Tactical Fighter Wing for two years at Elmendorf Air Force Base, Alaska from 1982 to 1984.

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

47180v1

EXHIBIT # B
Page # 1 of 3

DEFENDANT'S
EXHIBIT NO. B
Page 1 of 3

3. After retirement I served as the CFO for Chugach Electric Association from 1989 to 2002. From 2002 to 2005 I was CEO of Chugach Electric.

4. I currently work as a consultant and provide services for Security Aviation.

5. I consult as a flight training instructor and advisor, a flight operations manager, an aircraft maintenance manager, among other duties.

6. I also am a licensed pilot and fly the L-39 jets.

7. I am knowledgeable in munitions having three tours in Viet Nam, and teaching for two years at the Air Force Fighter Weapons School. I also am a graduate of that school. I have flown many combat missions carrying rockets and have fired rockets on numerous occasions. I am very familiar with virtually all air-employed munitions.

8. I observed the two rocket pods described in the Affidavit of Special Agent Matthew Campe in support of the Complaint against Robert Kane.

9. I observed the pods when they arrived in crates. Numerous other people were present at the time.

10. From the visual observation I concluded that the pods had been thoroughly "de-militarized." Security personnel was also informed by the seller of the pods that they had been de-militarized prior to purchasing them.

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

AFFIDAVIT OF EVAN J. (JOE) GRIFFITH
USA v. Robert Kane, No. 3:06-MJ-011-JDR
Page 2 of 3
47180v1

EXHIBIT # __B__
Page # __2__ of __3__

DEFENDANT'S
EXHIBIT NO. _____
Page 2 of 3

907-263-6345

11. I detected none of the necessary attendant wiring, firing-timing devices or connecting hardware. There was nothing electrical attached to the pods. In effect, they were only empty cans and tubes. It would have been impossible to fire a rocket with the pod in that condition.

12. I am currently traveling and will be out of town at the February 7, 2006 hearing concerning Robert Kane. However, I would be available should the Court have any questions at telephone number (907) 748-4740 from 0900 AST to 1400 AST. Between approximately 0930 AST to 1015 AST I will be airborne and not available by phone. After about 1400 AST I will also be on an airplane.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
EVAN J. (JOE) GRIFFITH

SUBSCRIBED AND SWORN to before me this ____ day of February, 2006.

_____
Notary Public in and for the State of _____
My Commission Expires: _____

witness 1. _____

2. _____

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

AFFIDAVIT OF EVAN J. (JOE) GRIFFITH
USA v. Robert Kane, No. 3:06-MJ-011-JDR
Page 3 of 3
47180v1

EXHIBIT # ___B___
Page # ___3___ of ___3___

DEFENDANT'S
EXHIBIT NO. _____
Page 3 of 3