Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-mj-00011-JDR |
| Plaintiff, ) | |
| ) | |
| v. ) | **ENTRY OF APPEARANCE** |
| ) | |
| ROBERT F. KANE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    COMES NOW Kevin T. Fitzgerald, and enters his appearance of record on behalf of the defendant in the above-captioned action, and requests that future copies of all correspondence and pleadings be served upon him at Ingaldson, Maassen & Fitzgerald, P.C., 813 West Third Avenue, Anchorage, Alaska 99501.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-mj-00011-JDR
Entry

Page 1 of 2

Dated at Anchorage, Alaska February 22, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendant


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
kevin@impc-law.com

CERTIFICATE OF SERVICE

I hereby certify that on 2/22/06,
a copy of the foregoing Entry
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire


s/ Kevin T. Fitzgerald
F:\W\903-1\Kane\Pleadings\Entry.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-mj-00011-JDR
Entry